UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
THE GATEWAY BLDG.
201 PENN STREET
SUITE 103
READING, PA  19601

Timothy B. McGrath　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　610- 208-5040

December 7, 2021

    Re:    Larry Lee Wisser and Cathleen Rachel Wisser
            Bankruptcy No.:20-14201 pmm
            Civil Action No.  21-cv-5110

Dear Kate Barkman, Clerk of Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

    () Certificate of appeal

    () Designation of Record on Appeal Filed

    (XX) Designation of Record on Appeal Not Filed

    ( ) Supplemental certificate of appeal.

    ( ) Motion for leave to appeal filed  .( ) Answer to motion filed  .

    ( ) Proposed findings of fact and conclusions of law entered   by the Honorable  .

        ( ) Objections filed  .

    () Report and recommendation entered   by the Honorable  .

        ( ) Objections filed  .

    () Original record transferred to the District Court pursuant to the order of the

Honorable .( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

                For the Court
                Timothy B. McGrath
                Clerk

                By:  s/ Denise Lavariere
                Deputy Clerk

---

Received Above material or record tile this _____ day of _____, 20____ .

Civil Action No. 21-cv-5110          Signature:_____

Miscellaneous No. _____          Date: _____

Assigned to Judge _____          BFL5.frm(rev 11/8/17)

EFCOA.ELC

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re Larry Lee Wisser                  :
    Cathleen Rachel Wisser                      Chapter 12
                                                :

                                                :      Bankruptcy No. 20-14201

                                                :      Adversary No.

                                                :      Civil No. 21-cv-5110

# CERTIFICATE OF APPEAL FROM ORDER OF
# THE BANKRUPTCY JUDGE DATED OCTOBER 28, 2021
# ENTERED ON THE DOCKET OCTOBER 28, 2021

        I, Timothy B. McGrath, Clerk of the U.S. Bankruptcy Court, Eastern District of Pennsylvania, herewith electronically transmit the record on appeal filed   and certify that the above proceeding was properly before the Honorable
, Bankruptcy Judge.


                                              For the Court

                                              Timothy B. McGrath
                                              Clerk


                                              By: s/ Denise Lavariere
                                                  Deputy Clerk


**Counsel of Record**

Larry Lee Wisser
Cathleen Rachel Wisser
8149 Bausch Road
New Tripoli, PA 18066
*Pro Se Debtor/Appellant*

SHAWN J. LAU
Lau & Associates
4228 St. Lawrence Avenue
Reading, PA 19606
*Counsel on Record*


Scott Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
*Chapter 12 Trustee*

Dave P. Adams
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19107
*Counsel for U.S. Trustee*

Bruce Brown, agent for U.S. Dept of Agriculture
Berks County Service Center
1238 County Welfare Road, Ste. 240
Leesport, PA 19583
*Interested Party*