①

Dear Judge Edward G. Smith

We the Wissers Larry & Cathleen request a motion for a 30 Day Continuance after April 15th 2022 court hearing. There are alot of things missing from those papers that USD's gave. There are no receipts or checks to back up the ledger. Now we no why Bruce Brown always demanded the bills even if we payed for them with $202,000.00 we got from Union National for the building project with our checks. He always said don't worry about the dates on the papers I'll put them on. So he could change them to make his papers look right. On Febuary 21st 2022 I had covid-19 spent several days in the Lehigh Valley Hospital. I am doctors care ever since. Antibodic and steriod medicine were given I keep getting Bronchial Pneumo now I have COPD in my lungs also. I have good days + bad days. There are alot of missing things to check in also the money from the cows he took in a previous bankruptcy, Land Preservation money. Our money from a Commonwealth grant, cover crop, alot of payments made with milk assignments. We were told by a previous attorney the paperwork is terrible

②

You can't follow anything. There is no way you can come up the correct amounts you owe. It was done so we look like terrible people. We had several attorneys to ask for FOIA's but got very little. But the one bankruptcy Congressman Pat Tomey told the Miller Law Group to stop going after FOIA's from USDA. Why was he involved in it. there are a lot of things to check out. they want this foam gone to cover everything up. Bruce Brown has done this to many others farmers the same way. We "pray" you give us more time to go over USDA's accountings. instead of stealing our farm through liens and stealing of funds. And what happen with me from New Tripoli Bank If John Henese manager would have tooking the loan money out of the checking account and Cathleen R W disrespectly Larry Weiss put it to the loan, This never would have happen. John don't even have a loan # or amount January, Feb, March and H when back April to straight this out no # no amount